IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTHEW AARON ROWLAND                                                                    PLAINTIFF

v.                                        Case No. 6:25-cv-6006

FRANK BISIGNANO, Commissioner,
Social Security Administration                                                           DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that Defendant's unopposed Motion to Remand (ECF No. 12) be granted and that this Social Security case be remanded to the Commissioner for further administrative action pursuant to "sentence four" of 42 U.S.C. § 405(g).[1] No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court hereby adopts the R&R (ECF No. 13) in toto. Accordingly, Defendant's Motion to Remand (ECF No. 12) is hereby **GRANTED**. This case is hereby **remanded** to the Commissioner for further administrative action pursuant to "sentence four" of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 25th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The fourth sentence of § 405(g) states "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).