IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTHEW ROWLAND                                                         PLAINTIFF

v.                                       Case No. 6:25-cv-6006

FRANK BISIGNANO, Commissioner, Social
Security Administration                                        DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Ford recommends that Plaintiff's Motion for Attorney's Fees (ECF No. 17) under the Equal Access to Justice Act be granted and that Plaintiff be awarded $8,500.00 in attorney's fees and $405.00 in costs pursuant to 28 U.S.C. § 2412. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 18) in toto. Accordingly, Plaintiff's Motion for Attorney's Fees (ECF No. 17) is **GRANTED**. Pursuant to 28 U.S.C. § 2412, Plaintiff is awarded $8,500.00 in attorney's fees and $405.00 in costs.

**IT IS SO ORDERED**, this 5th day of January, 2026.

                                                                              /s/ Susan O. Hickey
                                                                              Susan O. Hickey
                                                                              United States District Judge